| | |
|---|---|
| Joseph G. Sauder (*pro hac vice* forthcoming) <br> jgs@sstriallawyers.com <br> Matthew D. Schelkopf (*pro hac vice* forthcoming) <br> mds@sstriallawyers.com <br> **SAUDER SCHELKOPF LLC** <br> 1109 Lancaster Avenue <br> Berwyn, PA 19312 | Alison M. Bernal (Bar No. 264629) <br> alison@nshmlaw.com <br> **NYE, STIRLING, HALE & MILLER, LLP** <br> 33 West Mission Street, Suite 201 <br> Santa Barbara, CA 93101 <br> Telephone: (805) 963-2345 <br> Facsimile: (805) 284-9590 |

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA REIS on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA and HYUNDAI MOTOR COMPANY, <br><br> Defendants. | CASE NO.: 8:22-cv-01405-CJC (JDEx) <br> [Assigned to the Hon. Cormac J. Carney, Courtroom 9 B] <br><br> **CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT OF PLAINTIFF LEA REIS** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Complaint Filed: July 28, 2022 <br> Trial Date: None Set |

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LEA REIS on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA and HYUNDAI MOTOR COMPANY,<br><br>Defendants. | Case No. 8:22-cv-01405<br><br>**CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT OF PLAINTIFF LEA REIS**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

I, Lea Reis, hereby declare and state as follows:

1. I am over the age of 18 and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge and information that I have gathered and that is available to me, and if called upon to do so, I could and would testify to the matters stated herein.

2. I make this affidavit as required by California Civil Code section 1780(d).

3. The complaint in this action is filed in the proper place for trial of this action because Defendant Hyundai Motor America does business in this district and is headquartered in this district. A substantial portion of the events, acts, and omissions that are subject to the claims in this matter also occurred in this district.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1 | Executed on 8/1/2022 _____.

                                                            DocuSigned by:

                                                            *Lea Reis*

_____
                                                     DF509881588D458...

                                                              Lea Reis